**Opinion issued November 17, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-22-00393-CV

_____

## IN RE JACOB R. COX AND SERVICEPLUS, LLC, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Jacob R. Cox and ServicePlus, LLC, filed a petition for a writ of mandamus challenging two discovery orders signed by the trial court on April 25, 2022, including: (1) an "Order Compelling Production," which granted the motion

to compel of real party in interest, Bestway Oilfield, Inc., and (2) an order denying relators' motion to compel.[1]

In connection with their mandamus petition, relators also filed an "Emergency Motion for Temporary Relief," requesting that, pending consideration of their mandamus petition, the Court stay enforcement of the trial court's April 25, 2022 "Order Compelling Production." The Court granted relators' motion on May 26, 2022, staying enforcement of the "Order Compelling Production."

We deny relators' petition for writ of mandamus and lift the stay imposed by our May 26, 2022 order. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.

---

[1] The underlying case is *Bestway Oilfield, Inc. v. Jacob R. Cox and ServicePlus, LLC*, Cause No. 2020-32320, in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.